McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00173-LJO-SKO |
| Plaintiff, | GOVERNMENT'S APPLICATION FOR ORDER AUTHORIZING ISSUANCE OF FED. R. CRIM. P. 17(C) SUBPOENAS FOR THE PRE-TRIAL PRODUCTION OF DOCUMENTS; ORDER |
| v. | |
| JOSHUA MARQUEZ, | |
| Defendant. | |

Plaintiff United States of America hereby applies for an order authorizing the issuance of a subpoena duces tecum pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure. Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, the government requests the Court to permit return of the attached subpoenas at a date prior to trial.

In evaluating an application for Rule 17(c) subpoenas seeking production of documents before trial, the applicant must show relevancy, admissibility and specificity. United States v. Nixon, 418 U.S. 683, 700 (1974). The applicant should demonstrate:

1. The documents are evidentiary and relevant; They are not otherwise procurable reasonably in advance of trial by the exercise of due diligence;

1

2. The applicant cannot properly prepare for trial without production and inspection of the documents before trial and the failure to accomplish inspection may tend to delay the trial unreasonably; and

3. The application is made in good faith and is not intended as a general fishing expedition.

*Id.* at 699-700. The following discussion will demonstrate how the requested subpoena meets those requirements.

I. Subpoena to Fresno County Probation

    A.    Specific Information Sought

The government seeks a subpoena to the Fresno County Probation Custodian of Records, Manuel Salazar, for records, specifically the probation officer's records, or "chronos," pertaining to the supervision government's witness Rogelio Navarro.

    B.    Discussion

The government is seeking information from Fresno County Probation as evidence in this case. The government alleges that government's witness Rogelio Navarro was robbed at gunpoint by the defendant, Joshua Marquez. The defendant is charges with being a felon in possession of a firearm based on that conduct. The government understands that Mr. Navarro was on probation in Fresno County at the time that he was robbed, and is aware that Mr. Navarro made statements to his probation officer regarding those events. The government believes that it is obligated to review those records for statements by the victim about the events to which he will testify at trial, and to provide them in discovery prior to trial in this action.

///

///

///

///

///

///

1    For the foregoing reasons, the government respectfully requests the court to issue an order

2 permitting the government to request that such documents be produced prior to trial.

3    Dated:  December 2, 2019                          McGREGOR W. SCOTT
                                                       United States Attorney
4

5                                              By:  /s/ KATHERINE E. SCHUH
                                                    KATHERINE E. SCHUH
6                                                   Assistant United States Attorney

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED:

1. The government may issue a Rule 17(c) subpoena to Fresno County Probation Custodian of Records Manuel Salazar, for records pertaining to the supervision of government's witness Rogelio Navarro;

2. The government may draft the subpoenas so that the records are returnable to the United States Attorney's Office for the Eastern District of California;

3. The government shall provide copies to defense counsel immediately after receiving the records.

IT IS SO ORDERED.

Dated: __**December 3, 2019**__          _____**/s/ Lawrence J. O'Neill**_____
                                                            UNITED STATES CHIEF DISTRICT JUDGE