McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Ste. 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:19-CR-00173-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| JOSHUA MARQUEZ, | |
| Defendant. | |

**STIPULATION**

1. Defendant Joshua Marquez filed a motion for reduction in sentence and compassionate release on July 15, 2020. Docket No. 58. By previous stipulation, the government's response is due on July 29, 2020, and any reply due August 3, 2020.

2. Counsel for the defendant does not oppose this request.

2. The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, Docket No. 58, be due on August 3, 2020; and

    b) The defense reply, if any, will be due on August 6, 2020.

IT IS SO STIPULATED.

                              McGREGOR W. SCOTT
                              United States Attorney

Dated: July 28, 2020            */s/ Katherine E. Schuh*
                              KATHERINE E. SCHUH
                              Assistant United States Attorney

Dated: July 28, 2020            */s/ Timothy P. Hennessy*
                              TIMOTHY P. HENNESSY
                              Counsel for Defendant Joshua Marquez

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a) The government's opposition or response to defendant's motion, Docket No. 58, is due on August 3, 2020;

    b) The defense reply, if any, will be due on August 6, 2020.

IT IS SO ORDERED.

Dated: __**July 29, 2020**__                               Dale A. Drozd
                                             UNITED STATES DISTRICT JUDGE